UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| PEGGY JO SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:13-cv-00221-RLY-MPB ) |
| PROFESSIONAL TRANSPORTATION INC., and RONALD D. ROMAIN, individually and as president and secretary of Professional Transportation, Inc., | ) ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The court, having granted Defendants' Motion for Summary Judgment, now enters final judgment in favor of Defendants and against Plaintiff.

**SO ORDERED** this 21st day of May 2020.

Roger A.G. Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.