# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| PEGGY JO SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:13-cv-221-RLY-MPB |
| ) | |
| PROFESSIONAL TRANSPORTATION, INC., ) | |
| and RONALD D. ROMAIN, individually and as ) | |
| president and secretary of PROFESSIONAL ) | |
| TRANSPORTATION, INC., ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF APPEAL

TAKE NOTICE that plaintiff Peggy Jo Smith appeals to the United States Court of Appeals for the Seventh Circuit the Order on Summary Judgment (Doc. 266) and Final Judgment thereon (Doc. 267), entered May 21, 2020 by this Court.

          Terry D. Smith *pro hac vice*
          LAW OFFICES OF TERRY D. SMITH
          13509 W. 10th Court N.
          Wichita, Kansas 67235
          Telephone: (316) 361-0062
          e-mail: tsmith@smithlawoffices.net

          ERON LAW, P.A.
          301 N. Main, Suite 2000
          Wichita, Kansas 67202
          Telephone: (316) 262-5500
          Facsimile: (316) 262-5559
          e-mail: jhcassell@eronlaw.net
By:    s/Joseph H. Cassell
          Joseph H. Cassell #10861
          Attorneys for plaintiff
          Peggy Jo Smith

## CERTIFICATE OF SERVICE

      I hereby certify that on June __, 2020, I electronically filed the above and foregoing Plaintiff's Notice of Appeal in support with the court using the CM/ECF system which sent notification to all parties of interest participating in the CM/ECF system.

s/ Joseph H. Cassell